IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Knowles Electronics LLC<br><br>     PLAINTIFF,<br><br>   v.<br><br>Analog Devices, Inc.<br><br>     DEFENDANT. | Civil Action No. 09-cv-6238<br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Knowles Electronics LLC ("Knowles"), for its Complaint against Defendant Analog Devices, Inc. ("ADI"), states as follows:

### PARTIES AND JURISDICTION

1. This action arises under the Patent Laws of the United States, United States Code, Title 35, § 1, *et. seq*. The Court has jurisdiction over the subject matter of this action pursuant 28 USC §§ 1331 and 1338. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1400(b) because the Defendant resides in this judicial district.

2. Knowles is a Limited Liability Company organized under the laws of the State of Delaware and having its principal offices in the city of Itasca, Illinois.

3. ADI is a Massachusetts Corporation registered to do business in the state of Illinois with a regular and established business and sales office located in Hoffman Estates, Illinois.

4. ADI has been and still is using, selling, offering for sale and/or importing, whether alone or as part of an end product, microelectromechanical microphone packages that fall within the scope of the patents asserted below.

### COUNT I: INFRINGEMENT OF U.S. PATENT NO. 6,781,231

5. Knowles re-alleges paragraphs 1-4 above, inclusive, which are incorporated by reference.

6. United States Patent No. 6,781,231, entitled "Microelectromechanical System Package With Environmental and Interference Shield" (hereinafter, "the '231 patent," a copy of which is attached hereto as Exhibit A), was duly and legally issued on August 24, 2004. Since that date Knowles has been and still is the owner of the '231 Patent.

7. ADI has been and is now infringing the '231 patent in violation of 35 U.S.C. § 271(a) by at least its offers to sell, sales and use of microelectromechanical microphone packages, including without limitation those bearing part or lot numbers 403 IP625.

8. ADI has been and is now infringing the '231 patent by inducement in violation of 35 U.S.C. § 271(b) by at least its sales of and offers to sell microelectromechanical microphone packages to customers for inclusion into products intended for use, sale and importation into the United States.

### COUNT II: INFRINGEMENT OF U.S. PATENT NO. 7,242,089

9. Knowles re-alleges paragraphs 1-8 above, inclusive, which are incorporated by reference.

10. United States Patent No. 7,242,089, entitled "Miniature Silicon Condenser Microphone" (hereinafter, "the '089 patent," a copy of which is attached hereto as Exhibit B), was duly and legally issued on July 10, 2007. Since that date Knowles has been and still is the owner of the '089 patent.

11. ADI has been and is now infringing the '089 patent in violation of 35 U.S.C. § 271(a) by at least its offers to sell, sales and use of microelectromechanical microphone packages, including without limitation those bearing part or lot numbers 403 IP625.

12. ADI has been and is now infringing the '089 patent by inducement in violation of 35 U.S.C. § 271(b) by at least its sales of and offers to sell microelectromechanical microphone packages to customers for inclusion into products intended for use, sale and importation into the United States.

13. Knowles has complied with the statutory requirement of placing a notice of the '231 and '089 patents on all microelectromechanical microphone packages that it manufactures and sells and has provided ADI written notice of the infringement at least by the filing of this lawsuit.

## REQUEST FOR RELIEF

WHEREFORE, Knowles respectfully requests that the Court enter a judgment:

A. Declaring that ADI has infringed U.S. Patent Nos. 6,781,231 and 7,242,089.

B. Permanently enjoining ADI, its subsidiaries, agents, officers, employees, directors, licensees, servants, successors, assigns and all others acting in privity or in concert with them, from infringing or inducing infringement of U.S. Patent Nos. 6,781,231 and 7,242,089.

C. Awarding Knowles damages adequate to compensate for ADI's infringing activities, together with interest;

D. Awarding Knowles such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff Knowles demands a trial by jury as to all claims and all issues properly triable thereby.

Dated: October 6, 2009

Respectfully submitted,

KNOWLES ELECTRONICS, LLC

By: /s/Timothy K. Sendek
     One Of Their Attorneys

Allan J. Sternstein
Steven McMahon Zeller
Timothy K. Sendek
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606.7509
312 876 1700

*Of Counsel:*
David L. Patterson
William D. Cramer
DYKEMA GOSSETT PLLC
1717 Main Street
Suite 4000
Dallas, Texas 75201

Austin Victor
KNOWLES ELECTRONICS LLC
1151 Maplewood Drive
Itasca, Illinois 60143

CHICAGO\2774051.2
ID\TKS - 092771/0020

4