# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 6238 | **DATE** | 12/23/2009 |
| **CASE TITLE** | Knowles Electronics LLC   vs   Analog Devices, Inc. | | |

**DOCKET ENTRY TEXT:**

Defendant's motion [18] to stay pending investigation by the US International Trade Commission is granted. Status hearing date of 1/13/2010 is re-set to 5/6/2010, at 9:00 a.m.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | | Courtroom Deputy | GDS |
|---|---|---|---|